| Attorney or Party without Attorney: LYNN HUBBARD III, Bar #69773<br>DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE<br>Chico, CA 95926<br>Telephone No: 530 895-3252   FAX No: 530 894-8244<br>Ref. No. or File No.: | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Southern District Of California

Plaintiff: LARRY McIVER
Defendant: PNS STORES, INC., et al.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: 08CV1386JAHRBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; PLAINTIFF'S COMPLAINT; CIVIL COVER SHEET.

3. a. Party served:  PNS STORES, INC. dba BIG LOTS #4267
   b. Person served: BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. Address where the party was served:  CSC-LAWYRS INCORPORATING SERVICE
   2730 Gateway Oaks Drive
   Suite 100
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Aug. 13, 2008 (2) at: 2:59PM

7. **Person Who Served Papers:**                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim Wardlow                                             d. **The Fee** for Service was:
   b. **ALL PRO ATTORNEY SERVICES**                           e. I am: (3) registered California process server
   2410 FAIR OAKS BOULEVARD                                     (i)   Owner
   SUITE 125                                                    (ii)  Registration No.:  87-010
   Sacramento, CA 95825                                         (iii) County:            Sacramento
   c. (916) 974-7421, FAX (916) 974-7442

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Aug. 15, 2008

(signature) (Jim Wardlow)

Judicial Council Form        PROOF OF SERVICE        dag.44208
Rule 2.150.(a)&(b) Rev January 1, 2007        SUMMONS