

1 | Keith A. Kelly, State Bar No. 208813
KAK@VarnerBrandt.com
2 | Nathan A. Perea, State Bar No. 235791
NAP@VarnerBrandt.com
3 | **VARNER & BRANDT LLP**
3750 University Avenue, Suite 610
4 | Riverside, CA 92501
(951) 274-7777
5 | (951) 274-7770-Facsimile

6

Attorneys for Defendant,
7 | STATER BROS. MARKETS

8

9 | **UNITED STATES DISTRICT COURT**

10 | **SOUTHERN DISTRICT OF CALIFORNIA**

11

12 | LARRY McIVER,                    )    CASE NO.08CV1386JAH (RBB)
                                     )
13 |               Plaintiff,        )
                                     )    **DEFENDANT, STATER BROS.**
14 | vs.                             )    **MARKETS' ANSWER TO**
                                     )    **COMPLAINT**
15 | PNS STORES INC., dba BIG LOTS   )
#4267; WENMAR LLC; STATER           )
16 | BROS MARKETS INC. dba Stater Bros.)
Markets #156,                       )
17 |                                 )
               Defendants.          )    Complaint filed: July 30, 2008
18 | _____ )

19

20 |        Defendants, STATER BROS. MARKETS, a California corporation,(referred

21 | to herein as "SBM" or "Defendant", hereby answer Plaintiff's Complaint

22 | ("Complaint"))  erroneously sued as STATER BROS. MARKETS INC. dba

23 | STATER BROS. MARKETS #156, hereby answer Plaintiff's Complaint.  and

24 | admit, deny, and allege as follows:

25 |        This Answering Defendant, for itself and no other, deny, generally and

26 | specifically, any and all allegations of the Complaint which are not expressly

27 | admitted or denied hereinafter.  It is not intended that there be any admission by

28 | silence or omission as to any allegations of that Complaint.  SBM hereafter responds

1

1   to each of the sections of Plaintiff's Complaint exactly as it is set forth in utilizing

2   the Plaintiff's headings.

### SUMMARY

4      1.    In response to paragraph 1, Defendants are without knowledge or

5   information sufficient to form a belief as to the truth of the allegations contained

6   therein, and upon such grounds denies each and every allegation contained therein,

7   and the whole thereof except that SBM admits that it leases a store located at 780

8   Sycamore Avenue, Vista, California 92083.

9      2.    In response to the paragraph 2, Defendants are without knowledge or

10  information sufficient to form a belief as to the truth of the allegations contained

11  therein, and upon such grounds denies each and every allegation contained therein,

12  and the whole thereof.

### JURISDICTION

14     3.    In response to paragraph 3, Defendant is without knowledge or

15  information sufficient to form a belief as to the truth of the allegations contained

16  therein, and upon such grounds denies each and every allegation contained therein,

17  and the whole thereof.

18     4.    In response to paragraph 4, Defendant is without knowledge or

19  information sufficient to form a belief as to the truth of the allegations contained

20  therein, and upon such grounds denies each and every allegation contained therein,

21  and the whole thereof.

22     5.    In response to paragraph 5, Defendant is without knowledge or

23  information sufficient to form a belief as to the truth of the allegations contained

24  therein, and upon such grounds denies each and every allegation contained therein,

25  and the whole thereof.

### VENUE

27     6.    In response to paragraph 6, Defendant is without knowledge or

28  information sufficient to form a belief as to the truth of the allegations contained

1 | therein, and upon such grounds denies each and every allegation contained therein,

2 | and the whole thereof.

3 | **PARTIES**

4 | 7.    In response to paragraph 7,  Defendant is without knowledge or

5 | information sufficient to form a belief as to the truth of the allegations contained

6 | therein, and upon such grounds denies each and every allegation contained therein,

7 | and the whole thereof.

8 | 8.    In response to paragraph 8, Defendant admits that SBM is a California

9 | corporation which leases premises at a building located at 780 Sycamore Avenue,

10 | Vista, California 92803 However, in response to the remainder of paragraph 3,

11 | Defendant responds that it is without knowledge or information sufficient to form

12 | a belief as to the truth of the allegations contained therein, and upon such grounds

13 | denies each and every allegation contained therein, and the whole thereof.

14 | 9.    In response to paragraph 9,  Defendant is without knowledge or

15 | information sufficient to form a belief as to the truth of the allegations contained

16 | therein, and upon such grounds denies each and every allegation contained therein,

17 | and the whole thereof.

18 | **FACTS**

19 | 10.    In response to paragraph 10,  Defendant is without knowledge or

20 | information sufficient to form a belief as to the truth of the allegations contained

21 | therein, and upon such grounds denies each and every allegation contained therein,

22 | and the whole thereof.

23 | 11.    In response to paragraph 11, SBM admits that it is a retail establishment

24 | open to the public, which is intended for nonresidential use.  However, Defendants

25 | are without knowledge or information sufficient to form a belief as to the truth of the

26 | remaining allegations contained therein, and upon such grounds denies each and the

27 | remaining allegations contained therein, and the whole thereof .

28 | 12.    In response to paragraph 12,  Defendant is without knowledge or

F:\VSD\WPDATA\S078\0080\Pld\Answer.01.wpd                                    **ANSWER TO COMPLAINT**

1 information sufficient to form a belief as to the truth of the allegations contained

2 therein, and upon such grounds denies each and every allegation contained therein,

3 and the whole thereof.

4      13.   In response to paragraph 13, SBM denies generally and specifically the

5 19 alleged violations exist or that any violation of federal or state disability laws

6 exist in the premises.  As to the remainder of the paragraph, Defendants are without

7 knowledge or information sufficient to form a belief as to the truth of the allegations

8 contained therein, and upon such grounds denies each and every allegation contained

9 therein, and the whole thereof.

10      14.   In response to paragraph 14,  Defendant is without knowledge or

11 information sufficient to form a belief as to the truth of the allegations contained

12 therein, and upon such grounds denies each and every allegation contained therein,

13 and the whole thereof.

14      15.   In response to paragraph 15,  Defendant is without knowledge or

15 information sufficient to form a belief as to the truth of the allegations contained

16 therein, and upon such grounds denies each and every allegation contained therein,

17 and the whole thereof.

18      16.   In response to paragraph 16,  Defendant is without knowledge or

19 information sufficient to form a belief as to the truth of the allegations contained

20 therein, and upon such grounds denies each and every allegation contained therein,

21 and the whole thereof.

22      17.   In response to paragraph 17,  Defendant is without knowledge or

23 information sufficient to form a belief as to the truth of the allegations contained

24 therein, and upon such grounds denies each and every allegation contained therein,

25 and the whole thereof.

26      18.   In response to paragraph 18,  Defendant is without knowledge or

27 information sufficient to form a belief as to the truth of the allegations contained

28 therein, and upon such grounds denies each and every allegation contained therein,

1  and the whole thereof.

2      19.    In response to paragraph 19,  Defendant is without knowledge or

3  information sufficient to form a belief as to the truth of the allegations contained

4  therein, and upon such grounds denies each and every allegation contained therein,

5  and the whole thereof.

6      20.    In response to paragraph 20,  Defendant denies specifically and

7  generally each and every allegation contained therein and the whole thereof.

8      21.    In response to paragraph 21,  Defendant denies specifically and

9  generally each and every allegation contained therein and the whole thereof.

10     22.    In response to paragraph 22,  Defendant denies specifically and

11 generally each and every allegation contained therein and the whole thereof.

12     23.    In response to paragraph 23,  Defendants are without knowledge or

13 information sufficient to form a belief as to the truth of the allegations contained

14 therein, and upon such grounds denies each and every allegation contained therein,

15 and the whole thereof.

16     24.    In response to paragraph 24,  Defendant denies specifically and

17 generally each and every allegation contained therein and the whole thereof.

## I. First Claim

### American's with Disabilities Act of 1990

### Denial of Full and Equal Enjoyment and Use

21     25.    In response to paragraph 26,  Defendant is without knowledge or

22 information sufficient to form a belief as to the truth of the allegations contained

23 therein, and upon such grounds denies each and every allegation contained therein,

24 and the whole thereof.

25     26.    In response to paragraph 27,  Defendant is without knowledge or

26 information sufficient to form a belief as to the truth of the allegations contained

27 therein, and upon such grounds denies each and every allegation contained therein,

28 and the whole thereof.

5

F:\VSD\WPDATA\S078\0080\Pld\Answer.01.wpd                          **ANSWER TO COMPLAINT**

**Failure to Remove Architectural Barriers in an Existing Facility**

27.    In response to paragraph 28, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

28.    In response to paragraph 29, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

29.    In response to paragraph 30, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

30.    In response to paragraph 31, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

**Failure to Design and Construct Accessible Facility**

31.    In response to paragraph 32, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

32.    In response to paragraph 33, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

33.    In response to paragraph 34, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

1  therein, and upon such grounds denies each and every allegation contained therein,

2  and the whole thereof.

### Failure to Make an Altered Facility Accessible

4      34.    In response to paragraph 35,  Defendant is without knowledge or

5  information sufficient to form a belief as to the truth of the allegations contained

6  therein, and upon such grounds denies each and every allegation contained

7  therein, and the whole thereof.

8      35.    In response to paragraph 36,  Defendant is without knowledge or

9  information sufficient to form a belief as to the truth of the allegations contained

10  therein, and upon such grounds denies each and every allegation contained

11  therein, and the whole thereof.

12      36.    In response to paragraph 37,  Defendant is without knowledge or

13  information sufficient to form a belief as to the truth of the allegations contained

14  therein, and upon such grounds denies each and every allegation contained

15  therein, and the whole thereof.

### Failure to Modify Existing Policies and Procedures

17      37.    In response to paragraph 38,  Defendant is without knowledge or

18  information sufficient to form a belief as to the truth of the allegations contained

19  therein, and upon such grounds denies each and every allegation contained

20  therein, and the whole thereof.

21      38.    In response to paragraph 39,  Defendant is without knowledge or

22  information sufficient to form a belief as to the truth of the allegations contained

23  therein, and upon such grounds denies each and every allegation contained

24  therein, and the whole thereof.

25      39.    In response to paragraph 40,  Defendant is without knowledge or

26  information sufficient to form a belief as to the truth of the allegations contained

27  therein, and upon such grounds denies each and every allegation contained

28  therein, and the whole thereof.

40.    In response to paragraph 41,  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

## II. Second Claim

## Disabled Persons Act

41.    In response to paragraph 43,  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

42.    In response to paragraph 44,  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

43.    In response to paragraph 45,  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

44.    In response to paragraph 46,  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

45.    In response to paragraph 47,  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

46.    In response to paragraph 48,  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

**ANSWER TO COMPLAINT**

1  therein, and upon such grounds denies each and every allegation contained

2  therein, and the whole thereof.

3

4  ### III. Third Claim

5  ### Unruh Civil Rights Act

6      47.    In response to paragraph 50,  Defendant is without knowledge or

7  information sufficient to form a belief as to the truth of the allegations contained

8  therein, and upon such grounds denies each and every allegation contained

9  therein, and the whole thereof.

10      48.    In response to paragraph 51,  Defendant is without knowledge or

11  information sufficient to form a belief as to the truth of the allegations contained

12  therein, and upon such grounds denies each and every allegation contained

13  therein, and the whole thereof.

14      49.    In response to paragraph 52,  Defendant is without knowledge or

15  information sufficient to form a belief as to the truth of the allegations contained

16  therein, and upon such grounds denies each and every allegation contained

17  therein, and the whole thereof.

18      50.    In response to paragraph 53,  Defendant is without knowledge or

19  information sufficient to form a belief as to the truth of the allegations contained

20  therein, and upon such grounds denies each and every allegation contained

21  therein, and the whole thereof.

22      51.    In response to paragraph 54,  Defendant is without knowledge or

23  information sufficient to form a belief as to the truth of the allegations contained

24  therein, and upon such grounds denies each and every allegation contained

25  therein, and the whole thereof.

26      52.    In response to paragraph 55,  Defendant is without knowledge or

27  information sufficient to form a belief as to the truth of the allegations contained

28  therein, and upon such grounds denies each and every allegation contained

**ANSWER TO COMPLAINT**

1  therein, and the whole thereof.

2      53.    In response to paragraph 56,  Defendants are without knowledge or

3  information sufficient to form a belief as to the truth of the allegations contained

4  therein, and upon such grounds denies each and every allegation contained

5  therein, and the whole thereof.

### IV. Fourth Claim

### Denial of Full and Equal Access to Public Facilities

8      54.    In response to paragraph 57,  Defendant is without knowledge or

9  information sufficient to form a belief as to the truth of the allegations contained

10  therein, and upon such grounds denies each and every allegation contained

11  therein, and the whole thereof.

12      55.    In response to paragraph 58,  Defendant is without knowledge or

13  information sufficient to form a belief as to the truth of the allegations contained

14  therein, and upon such grounds denies each and every allegation contained

15  therein, and the whole thereof.

16      56.    In response to paragraph 59,  Defendant is without knowledge or

17  information sufficient to form a belief as to the truth of the allegations contained

18  therein, and upon such grounds denies each and every allegation contained

19  therein, and the whole thereof.

20      57.    In response to paragraph 60,  Defendant is without knowledge or

21  information sufficient to form a belief as to the truth of the allegations contained

22  therein, and upon such grounds denies each and every allegation contained

23  therein, and the whole thereof.

24      58.    In response to paragraph 61,  Defendant is without knowledge or

25  information sufficient to form a belief as to the truth of the allegations contained

26  therein, and upon such grounds denies each and every allegation contained

27  therein, and the whole thereof.

28

F:\VSD\WPDATA\S078\0080\Pld\Answer.01.wpd                                    **ANSWER TO COMPLAINT**

# V. Fifth Claim

## Americans with Disabilities Act of 1990

59. In response to paragraph 63, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

60. In response to paragraph 64, Defendant denies generally and specifically each and every allegations contained therein and the whole thereof.

## Failure to Remove Architectural Barriers in an Existing Facility

61. In response to paragraph 65, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

62. In response to paragraph 66, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

63. In response to paragraph 67, Defendant denies specifically and generally that any architectural barriers exist and therefore deny specifically and generally each and every allegation contained therein and the whole thereof.

64. In response to paragraph 68, Defendant denies specifically and generally that any architectural barriers exist and therefore deny specifically and generally each and every allegation contained therein and the whole thereof.

## Failure to Design and Construct an Accessible Facility

65. In response to paragraph 69, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof

11

66.    In response to paragraph 70, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

67.    In response to paragraph 71, Defendant denies specifically and generally each and every allegation contained therein and the whole thereof.

### Failure to Make an Altered Facility Accessible

68.    In response to paragraph 72, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

69.    In response to paragraph 73, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

70.    In response to paragraph 74, Defendant denies specifically and generally each and every allegation contained therein and the whole thereof.

### Failure to Modify Existing Policies and Procedures

71.    In response to paragraph 75, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

72.    In response to paragraph 76, Defendant denies specifically and generally each and every allegation contained therein and the whole thereof.

73.    In response to paragraph 77, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

12

F:\VSD\WPDATA\S078\0080\Pld\Answer.01.wpd                                              **ANSWER TO COMPLAINT**

74.   In response to paragraph 78,  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

## VI. Sixth Claim

## Disabled Persons Act

75.   In response to paragraph 80,  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

76.   In response to paragraph 81,  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

77.   In response to paragraph 82,  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

78.   In response to paragraph 83,  Defendant denies generally and specifically each and every allegation contained therein and the whole thereof.

79.   In response to paragraph 84,  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

80.   In response to paragraph 85,  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

**ANSWER TO COMPLAINT**

## VII. Seventh Claim

## Unruh Civil Rights Act

81.  In response to paragraph 87,  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

82.  In response to paragraph 88,  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

83.  In response to paragraph 89,  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

84.  In response to paragraph 90,  Defendant denies generally and specifically each and every allegation contained therein and the whole thereof.

85.  In response to paragraph 91,  Defendant denies generally and specifically each and every allegation contained therein and the whole thereof.

86.  In response to paragraph 92,  Defendant denies generally and specifically each and every allegation contained therein and the whole thereof.

87.  In response to paragraph 93,  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and upon such grounds denies each and every allegation contained therein, and the whole thereof.

## XIII. EIGHTH CLAIM

## Denial of Full and Equal Access to Public Facilities

88.  In response to paragraph 95,  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained

**ANSWER TO COMPLAINT**

1    therein, and upon such grounds denies each and every allegation contained

2    therein, and the whole thereof.

3        89.    In response to paragraph 96, Defendant is without knowledge or

4    information sufficient to form a belief as to the truth of the allegations contained

5    therein, and upon such grounds denies each and every allegation contained

6    therein, and the whole thereof.

7        90.    In response to paragraph 97, Defendant denies generally and

8    specifically each and every allegation contained therein and the whole thereof.

9        91.    In response to paragraph 98, Defendant denies generally and

10   specifically that they are in non-compliance or that Plaintiff or others qualifying

11   as persons with disabilities were aggrieved and as such denies generally and

12   specifically each and every allegation contained therein and the whole thereof.

13   Defendant is without knowledge or information sufficient to form a belief as to

14   the truth of the allegations contained therein, and upon such grounds denies each

15   and every allegation contained therein, and the whole thereof.

## AFFIRMATIVE DEFENSES

17       As and for its affirmative defenses to all causes of actions purported to be

18   set forth against it in the Complaint, this Answering Defendant alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

20       As a first affirmative defense, the Complaint of Plaintiff, taken either

21   separately, or as a whole, is totally lacking sufficient allegations of fact to

22   constitute a basis in either law or in equity for the awarding of

23   punitive/exemplary damages as against this Answering Defendant.

## SECOND AFFIRMATIVE DEFENSE

25       As a second affirmative defense, Plaintiff's Complaint and each cause of

26   action thereunder is barred by the Statute of Limitations contained in California

27   *Civil Code* §51, the Unruh Civil Rights Act, and California *Code of Civil*

28   *Procedure* §340.

15

## THIRD AFFIRMATIVE DEFENSE

As a third affirmative defense, this Answering Defendants are informed and believes and thereon alleges that the Complaint fails to state claims upon which relief can be granted and that Plaintiff's right to relief is limited by 42 U.S.C. 2000-3©) whereby he must timely exhaust his state administrative remedies before bringing the instant causes of action under the Americans with Disabilities Act and the Unruh Civil Rights Act.

## FOURTH AFFIRMATIVE DEFENSE

As a fourth affirmative defense, Defendant is only required under Section 302(b)(2)(A)(iv) of the ADA, and Section 54.1 of the California *Civil Code*, Unruh Civil Rights Act, to remove architectural barriers in their existing facilities if such removal is "readily achievable." The barriers Plaintiff refers to in his Complaint cannot be removed under the "readily achievable" standard.

## FIFTH AFFIRMATIVE DEFENSE

As a fifth affirmative defense, Defendants allege that there has been no violation of the Unruh Civil Rights Act, in that there has been no violation of the Unruh Civil Rights Act, in that any denial of admittance of Plaintiff into its business establishment is not discriminatory as use by Plaintiff's wheelchair would require construction, alteration, repair or modification of the building in which the defendant's business establishment is located that is not required by other provisions of law.

## SIXTH AFFIRMATIVE DEFENSE

As a sixth affirmative defense, Defendants allege that there has been no violation of federal or state disability discrimination as the proposed removal of the alleged barriers, if they were found to exist, would pose an undue burden on Defendants.

## SEVENTH AFFIRMATIVE DEFENSE

As a seventh affirmative defense, Defendants allege that to the extent

16

**ANSWER TO COMPLAINT**

1  barriers are found to exist, accessibility could not be improved as to do so the

2  Defendants would incur excessive expenses, thus harming the business.

### EIGHTH AFFIRMATIVE DEFENSE

4      As an eighth affirmative defense, Defendant alleges that each and every

5  purported claim for relief therein are barred, in whole or in part, because any

6  work performed by Defendant on the subject property does not constitute an

7  alteration for purposes of Plaintiff's claims herein.

### NINTH AFFIRMATIVE DEFENSE

9      As a ninth affirmative defense, Defendant alleges that it is not the owner or

10  landlord of the subject property, and Defendant does not possess or control

11  exterior areas beyond its facility, including, but not limited to the parking areas

12  adjacent to the Stater Bros' facility, and therefore, Plaintiff's Complaint and each

13  and every purported cause of action therein are wholly and/or partially barred as

14  to Stater Bros.

### TENTH AFFIRMATIVE DEFENSE

16      As a tenth affirmative defense, Defendant alleges that each and every

17  purported claim for relief therein are barred because Plaintiff's injuries and

18  damages, if any, were not directly or proximately caused by the acts of Stater

19  Bros or its agents, representatives and/or employees.

### ELEVENTH AFFIRMATIVE DEFENSE

21      Plaintiff is not entitled to recover compensatory damages against Stater

22  Bros under this ADA Title III Claim; is not entitled to recover treble damages

23  against Stater Bros under the Unruh Civil Rights Act; the Disabled Persons Act

24  or on any other grounds; and is not entitled to recover any punitive damages or

25  exemplary damages against Stater Bros and any allegations with respect thereto

26  should be stricken because: (a) Plaintiff has failed to plead facts sufficient to

27  support the allegations of oppression, fraud and/or malice (Cal Civil Code 3294);

28  and/or (b) Plaintiff has failed to plead facts sufficient to support allegations of

gros or reckless disregard for the rights of Plaintiff or that Ortho was motivated by evil motive or intent; and/or ( c) neither Stater Bros nor its managing agents committed any alleged oppressive, fraudulent or malicious act, authorized or ratified such an act, or had advance knowledge of the unfitness, if any, of any employee or employees who allegedly committed such act, or employed any such employee or employees with a conscious disregard of the rights and safety of others, (Civil Code section 3294(b)); and/or (d) California's laws regarding the alleged conduct in question in this action are too vague to permit the imposition of punitive damages, and because California's laws, rules and procedures regarding punitive damages deny due process, impose criminal penalties without the requisite protections, violate the Fourteenth Amendment of the United States Constitution, and place an unreasonable burden on interstate commerce.

## TWELFTH AFFIRMATIVE DEFENSE

The Complaint and each and every purported claim therein are barred, in whole or in part, because the relief sought by Plaintiff including, but not limited to, the removal of the alleged barriers, if any exist, is structurally impracticable.

## THIRTEENTH AFFIRMATIVE DEFENSE

The Complaint and each and every purported claim for relief therein are barred, in whole or in part, because, to the extent it is determined that any alterations were made to the subject property, the costs of making the subject paths of travel fully accessible are disproportionate to the overall alterations made.

## FOURTEENTH AFFIRMATIVE DEFENSE

Stater Bros presently has insufficient knowledge or information on which to form a belief as to whether it may have further, as yet unstated affirmative defenses available. Stater Bros reserves the right to assert additional defenses in the event that discovery indicates that it would be appropriate.

WHEREFORE, Defendants pray for judgment against Plaintiff as follows:

F:\VSD\WPDATA\S078\0080\Pld\Answer.01.wpd                                    **ANSWER TO COMPLAINT**

1       1.    That Plaintiff take nothing by the Complaint on file herein and that

2  judgment be entered in favor of Defendant and against Plaintiff;

3       2.    For costs of suit incurred herein;

4       3.    For an award in favor of Defendant of its reasonable attorney's fees

5  and costs pursuant to Section 12205 of the Americans with Disabilities Act and

6  corresponding regulation Section 36.505;

7       4.    For an award in favor of Defendant of its reasonable attorneys' fees

8  and costs pursuant to California *Civil Code* §52, and pursuant to California *Code*

9  *of Civil Procedure* §128.5; and

10       5.    That the Court order such other and further relief to this Answering

11  Defendant as that Court may deem just and proper.

12  DATED: September _3_, 2008            VARNER & BRANDT LLP

13

14

                                        By:

15                                          Keith A. Kelly, Esq.

16                                          Brendan W. Brandt, Esq.
                                        Attorneys for Defendants,

17                                          STATER BROS. MARKETS and
                                        SUPER RX INC.

18

19

20

21

22

23

24

25

26

27

28

F:\VSD\WPDATA\S078\0080\Pld\Answer.01.wpd                                  **ANSWER TO COMPLAINT**

**PROOF OF SERVICE**
(Declaration)
(C.C.P. §§1013(a) and 2015.5)

STATE OF CALIFORNIA    )
                       )  ss.
COUNTY OF RIVERSIDE    )

I, the undersigned, declare:

I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action. My business address is 3750 University Avenue, Suite 610, Riverside, California 92501.

On September 3, 2008, I served the following **DEFENDANT, STATER BROS. MARKETS' ANSWER TO COMPLAINT** on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Lynn Hubbard, III | Attorney for Plaintiff |
| Scottlynn J. Hubbard, IV | LARRY McIVER |
| Disabled Advocacy Group, APLC | |
| 12 Williamsburg Lane | |
| Chico, California 95926 | |
| Telephone: (530) 895-3252 | |
| Facsimile: (530) 894-8244 | |

**(x) By Mail:** I am readily familiar with Varner & Brandt, LLP's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Riverside, California.

**( ) By Personal Service:** I delivered such document(s) by hand to the above address(es).

**( ) By Overnight Courier:** I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express) for delivery to the above address(es).

**( ) By Facsimile Machine:** I caused the above-referenced document(s) to be transmitted to the above-named persons at the following telephone number(s) _____. Attached to this declaration is a "FAX Confirmation Report" confirming the status of transmission.

**(X) (State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**(X) (Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Execute this __3__ day of September 2008, at Riverside, California.

_Colleen Miller_
Colleen Miller

20

F:\VSD\WPDATA\S078\0080\Pld\Answer.01.wpd                    **ANSWER TO COMPLAINT**