1  Keith A. Kelly, State Bar No. 208813
   KAK@VarnerBrandt.com
2  Nathan A. Perea, State Bar No. 235791
   NAP@VarnerBrandt.com
3  **VARNER & BRANDT LLP**
   3750 University Avenue, Suite 610
4  Riverside, CA  92501
   (951) 274-7777
5  (951) 274-7770

6  **Attorneys for Defendant,**
   **STATER BROS. MARKETS**

7

8

9            **UNITED STATES DISTRICT COURT**

10           **SOUTHERN DISTRICT OF CALIFORNIA**

11
   **LARRY McIVER,**                    ) CASE NO.:        **08 CV 1386 JAH RBB**
12                                       )
              **Plaintiff,**             )
13                                       )
   v.                                    )
14                                       ) **DEFENDANTS, STATER BROS.**
   **PNS STORES, INC. dba BIG LOTS**     ) **MARKETS NOTICE OF INTERESTED**
15 **#4267, WENMAR, LLC; STATER**        ) **PARTIES WITH FINANCIAL**
   **BROS. MARKETS, INC. dba**           ) **INTEREST**
16 **STATER BROS. MARKET #156,**         ) (FRCP § 7.1; Local Rule 40.2)
                                         )
17                                       )
              **Defendants.**            )
18 _____       )

19
        The undersigned, counsel of record for STATER BROS. MARKETS, a
20
   California corporation, certifies that the following listed parties have a direct,
21
   pecuniary interest in the outcome of this case.  These representations are made to
22
   enable the Court to evaluate possible disqualification or recusal.
23
        Stater Bros. Markets          Grocery Store.
24
   DATED:  September 3, 2008           VARNER & BRANDT LLP
25

26
                            By: _____
27                              Keith A. Kelly
                                Attorneys for Defendant
28                              STATER BROS. MARKETS

1

**PROOF OF SERVICE**
**(Declaration)**

2

**(C.C.P. §§1013(a) and 2015.5)**

3    STATE OF CALIFORNIA    )
                                                    ) ss.
4    COUNTY OF RIVERSIDE    )

5

        I, the undersigned, declare:

6

        I am employed in the County of Riverside, State of California. I am over the age of 18 and not
7    a party to the within action. My business address is 3750 University Avenue, Suite 610, Riverside,
     California 92501.

8

        On September 3, 2008, I served the **DEFENDANTS, STATER BROS. MARKETS NOTICE**
9    **OF INTERESTED PARTIES WITH FINANCIAL INTEREST**, on the interested parties in this
     action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope,
10   addressed as follows:

11   Lynn Hubbard III, SBN 69773                       Attorney for Plaintiff
     Scott Lynn J Hubbard IV, SBN 212970               LARRY McIVER
12   DISABLED ADVOCACY GROUP, APLC
     12 Williamsburg Lane
13   Chico, CA 95926
     (530) 895-3252

14

15

     **(x) By Mail:** I am readily familiar with Varner & Brandt, LLP's business practice for collection and
16   processing of correspondence for mailing with the United States Postal Service. I know that the
     correspondence is deposited with the United States Postal Service on the same day this declaration was
17   executed in the ordinary course of business. I know that the envelope was sealed and, with postage
     thereon fully prepaid, placed for collection and mailing on this date, following ordinary business
18   practices, in the United States mail at Riverside, California.

19   **(_) By Personal Service:** I delivered such document(s) by hand to the above address(es).

20   **(_) By Overnight Courier:** I caused the above-referenced document(s) to be delivered to an overnight
     courier service (Federal Express) for delivery to the above address(es).

21

     **(_) By Facsimile Machine:** I caused the above-referenced document(s) to be transmitted to the above-
22   named persons at the following telephone number(s) _____. Attached to this declaration
     is a "FAX Confirmation Report" confirming the status of transmission.

23

     **(_) (State)** I declare under penalty of perjury under the laws of the State of California that the foregoing
24   is true and correct.

25   **(X) (Federal)** I declare that I am employed in the office of a member of the bar of this court at whose
     direction this service was made.

26

27
                                                _____
28                                                      Colleen Miller